**2003–1161. State v. Crotts.**
Cuyahoga App. No. 81477, 2003-Ohio-2473. Reported at 104 Ohio St.3d 432, 2004-Ohio-6550, 820

N.E.2d 302. On motion for reconsideration. Motion denied.

LANZINGER, J., not participating.